# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| NEKI PEAVY as administrator of the ESTATE OF COREY KINDELL, and BILLY EUGENE KINDELL as s of COREY KI </br></br>*Plaintiff(s)*</br>v.</br>CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin, Qiana Mobley, Christy Davis, Annie Reese, Vanessa Wise, Shaniqua Wicker, Tashika McKinnon, and Amberlyn Floyd</br></br>*Defendant(s)* | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) Civil Action No. 3:22-cv-95 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMBERLYN FLOYD
Wheeler Correctional Facility
1100 North Broad Street
Alamo, GA 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel
3490 Piedmont Road, Suite 650, Atlanta, GA 30305
(404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*



Date: 08/23/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-95

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| NEKI PEAVY as administrator of the ESTATE OF COREY KINDELL, and BILLY EUGENE KINDELL as s of COREY KI <br><br> *Plaintiff(s)* <br><br> v. <br><br> CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin, Qiana Mobley, Christy Davis, Annie Reese, Vanessa Wise, Shaniqua Wicker, Tashika McKinnon, and Amberlyn Floyd <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-95 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TASHIKA MCKINNON
Wheeler Correctional Facility
1100 North Broad Street
Alamo, GA 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel
3490 Piedmont Road, Suite 650, Atlanta, GA 30305
(404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*

Date: 08/23/2022



*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-95

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| NEKI PEAVY as administrator of the ESTATE OF COREY KINDELL, and BILLY EUGENE KINDELL as s of COREY KI <br><br> *Plaintiff(s)* <br> v. <br> CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin, Qiana Mobley, Christy Davis, Annie Reese, Vanessa Wise, Shaniqua Wicker, Tashika McKinnon, and Amberlyn Floyd <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:22-cv-95 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHANIQUA WICKER
Wheeler Correctional Facility
1100 North Broad Street
Alamo, GA 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel
3490 Piedmont Road, Suite 650, Atlanta, GA 30305
(404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*

Date: 08/23/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-95

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| NEKI PEAVY as administrator of the ESTATE OF COREY KINDELL, and BILLY EUGENE KINDELL as s of COREY KI <br><br> *Plaintiff(s)* <br> v. <br> CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin, Qiana Mobley, Christy Davis, Annie Reese, Vanessa Wise, Shaniqua Wicker, Tashika McKinnon, and Amberlyn Floyd <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-95 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VANESSA WISE
Wheeler Correctional Facility
1100 North Broad Street
Alamo, GA 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel
3490 Piedmont Road, Suite 650, Atlanta, GA 30305
(404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*

Date: 08/23/2022



*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-95

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

NEKI PEAVY as administrator of the ESTATE
OF COREY KINDELL, and
BILLY EUGENE KINDELL as s
of COREY KI

*Plaintiff(s)*

v.

CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin, Qiana Mobley, Christy Davis, Annie Reese, Vanessa Wise, Shaniqua Wicker, Tashika McKinnon, and Amberlyn Floyd

*Defendant(s)*

Civil Action No. 3:22-cv-95

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANNIE REESE
Wheeler Correctional Facility
1100 North Broad Street
Alamo, GA 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel
3490 Piedmont Road, Suite 650, Atlanta, GA 30305
(404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*

Date: 08/23/2022



*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-95

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| NEKI PEAVY as administrator of the ESTATE OF COREY KINDELL, and BILLY EUGENE KINDELL as s of COREY KI <br><br> *Plaintiff(s)* <br> v. <br> CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin, Qiana Mobley, Christy Davis, Annie Reese, Vanessa Wise, Shaniqua Wicker, Tashika McKinnon, and Amberlyn Floyd <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-95 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTY DAVIS
Wheeler Correctional Facility
1100 North Broad Street
Alamo, GA 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel
3490 Piedmont Road, Suite 650, Atlanta, GA 30305
(404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*

Date: 08/23/2022



*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-95

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| NEKI PEAVY as administrator of the ESTATE OF COREY KINDELL, and BILLY EUGENE KINDELL as s of COREY KI <br><br> *Plaintiff(s)* <br> v. <br> CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin, Qiana Mobley, Christy Davis, Annie Reese, Vanessa Wise, Shaniqua Wicker, Tashika McKinnon, and Amberlyn Floyd <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-95 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* QIANA MOBLEY
Wheeler Correctional Facility
1100 North Broad Street
Alamo, GA 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel
3490 Piedmont Road, Suite 650, Atlanta, GA 30305
(404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*

Date: 08/23/2022



*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-95

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

NEKI PEAVY as administrator of the ESTATE
OF COREY KINDELL, and
BILLY EUGENE KINDELL as s
of COREY KI

*Plaintiff(s)*

v.

CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin,
Qiana Mobley, Christy Davis, Annie Reese, Vanessa
Wise, Shaniqua Wicker, Tashika McKinnon, and
Amberlyn Floyd

*Defendant(s)*

Civil Action No. 3:22-cv-95

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VANCE LAUGHLIN
Wheeler Correctional Facility
1100 North Broad Street
Alamo, GA 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel
3490 Piedmont Road, Suite 650, Atlanta, GA 30305
(404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*

Date: 08/23/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-95

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
            _____
            *Server's signature*

            _____
            *Printed name and title*

            _____
            *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| NEKI PEAVY as administrator of the ESTATE OF COREY KINDELL, and BILLY EUGENE KINDELL as s of COREY KI  *Plaintiff(s)*  v.  CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin, Qiana Mobley, Christy Davis, Annie Reese, Vanessa Wise, Shaniqua Wicker, Tashika McKinnon, and Amberlyn Floyd  *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 3:22-cv-95 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORECIVIC OF TENNESSEE, LLC, Russell Clark, 4 West Railroad Ave, Alamo, GA, 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel 3490 Piedmont Road, Suite 650, Atlanta, GA 30305 (404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*

Date: 08/23/2022

*Signature of Clerk or Deputy Clerk*



Civil Action No. 3:22-cv-95

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

NEKI PEAVY as administrator of the ESTATE
OF COREY KINDELL, and
BILLY EUGENE KINDELL as s
of COREY KI

*Plaintiff(s)*

v.

CoreCivic Inc., CoreCivic of TN LLC, Vance Laughlin, Qiana Mobley, Christy Davis, Annie Reese, Vanessa Wise, Shaniqua Wicker, Tashika McKinnon, and Amberlyn Floyd

*Defendant(s)*

Civil Action No. 3:22-cv-95

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORECIVIC, INC.,
Russell Clark, 4 West Railroad Ave,
Alamo, GA, 30411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zack Greenamyre, MITCHELL & SHAPIRO LLP, Local Counsel
3490 Piedmont Road, Suite 650, Atlanta, GA 30305
(404) 812-4747 | zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John E. Triplett
*CLERK OF COURT*

Date: 08/23/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-95

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: