# United States District Court

## Southern District of Georgia

Peavy, et. al.

_____
Plaintiff

**v.** CoreCivic Inc., et. al.

_____
Defendant

Case No. 3:22-cv-95-DHB-BKE

Appearing on behalf of : _____

Plaintiff
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

***Petitioner***, _____Amith Gupta_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Dublin_____ Division of the United States District Court for the Southern District of Georgia. ***Petitioner*** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Northern District of GA_____ . ***Petitioner*** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

***Petitioner*** designates _____Zack Greenamyre_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

***Petitioner*** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __23rd__ day of ____August____ , __2022__ .

_____
(Signature of ***Petitioner***)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____Zack Greenamyre_____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the ***Petitioner*** fail to respond to any Court order for appearance or otherwise. This __23rd__ day of ____August____ , __2022__ .

| | |
|---|---|
| __293002__ | __/s/ Zack Greenamyre__ |
| Georgia Bar Number | Signature of Local Counsel |
| __(404) 812-4747__ | MITCHELL & SHAPIRO LLP (Law Firm) |
| Business Telephone | 3490 Piedmont Road, Ste. 650 (Business Address) |
| | Atlanta, GA 30305 (City, State, Zip) |
| | _____ (Mailing Address) |
| | zack@mitchellshapiro.com (Email Address) |