UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

NEKI PEAVY, et. al.
    *Plaintiff*,

    v.                        CIVIL ACTION NO.
                            3:22-cv-95-DHG-BKE

CORECIVIC, INC., et. al.,
    *Defendants*.

## CERTIFICATE OF COMPLIANCE WITH LR 83.4

Pursuant to Local Rule 83.4(b)(2), I hereby certify that I, Amith Gupta:

1) am a member in good standing with the federal district court for the Northern District of Georgia;

2) have included a certificate of good standing in the Northern District of Georgia with this application for admission pro hac vice;

3) and I have appeared in the following case only in front of this court:

<u>Canning v. Jackson, et. al.</u>, Case No. 6:22-cv-38-JRH-CLR

as counsel for Plaintiff.

Respectfully submitted this 23rd Day of August, 2022.

                                      <u>/s/ Amith Gupta</u>
                                      Amith Gupta, Esq.
                                      GA Bar No. 149222
                                      American Trial Law Litigators, LLC
                                      925B Peachtree St. NE #2151
                                      Atlanta, GA 30309
                                      (408) 355-5782
                                      amithrgupta@gmail.com



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          }
                                  } ss.
NORTHERN DISTRICT OF GEORGIA      }

      I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **AMITH GUPTA**, State Bar No. 149222, was duly admitted to practice in said Court on 07/07/2020 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 8th day of June, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk