# United States District Court

## *Southern District of Georgia*

Peavy, et. al.

_____
Plaintiff

Case No. 3:22-cv-95-DHB-BKE
_____

**v.**  CoreCivic Inc., et. al.

Appearing on behalf of

Plaintiff
_____

_____
Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   Amith Gupta
_____

Business Address:   American Trial Law Litigators
_____
Firm/Business Name

925B Peachtree St. NE
_____
Street Address

| #2151 | Atlanta | GA | 30309 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| (408) 355-5782 | 149222 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:   amithrgupta+law@gmail.com